**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 13** |
| **Susan Muso** | ) | |
| **Debtor(s)** | ) | |
| | ) | **BK No. 16-13290-ref** |

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Debtor(s) in the above captioned matter.

2. That a copy of the Application for Compensation was filed with the Court on July 14, 2016 along with the Notice of Application and Response Deadline, and a Certificate of Service of the Application and Notice was filed verifying that the documents were timely served on July 14, 2016.

3. No response to said Application has been received.

           Respectfully Submitted,

           **LAW OFFICE OF STEPHEN ROSS, P.C**

           By: */s/ Joseph L. Quinn*
             Joseph L. Quinn, Esquire
             Attorney for Debtor
             Attorney I.D. No. 307467
             Law Office of Stephen Ross, P.C.
             152 E. High Street, Suite 100
             Pottstown, PA 19464
             Ph: (610) 323-5300

Dated: September 15, 2016