# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Susan Muso<br>　　　　　　Debtor<br><br>JPMorgan Chase Bank, National Association<br>　　　　　　Moving Party<br>　　vs.<br>Susan Muso<br>　　　　　　Debtor<br><br>Frederick L. Reigle<br>　　　　　　Trustee | CHAPTER 13<br><br>NO. 16-13290 REF<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection to Confirmation of Plan of JPMorgan Chase Bank, National Association, which was filed with the Court on or about **July 25, 2016** and appearing as Document No. 12 on the Docket

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Thomas I. Puleo**
　　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

January 25, 2017