## UNITED STATES BANKRUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| **Susan Muso** | ) | |
| **Debtor(s)** | ) | |
| | ) | BK No. 16-13290-ref |
| | ) | |

### O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,500.00, less $1,600.00 which was paid by the Debtor(s) prepetition.**

BY THE COURT:

**Date: January 27, 2017**

_____
HON. RICHARD E. FEHLING
U.S. BANKRUPTCY JUDGE