WWR# 21339376

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Susan Muso<br>　　　　　　　Debtor | Case No. 16-13290-ref<br>Chapter 13<br><br>**Hearing Date:** 03/02/2017 |
| Citizens Bank, N.A.<br>　　　　　　　Movant | **Hearing Time:** 09:30 am |

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

  Movant has filed a Motion for Relief from Automatic Stay with the court for relief from the automatic stay to permit Movant to foreclose on and sell at Sheriff's Sale the real property located at 40 Bushkill Court, Reading, PA 19606.

  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

  1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 02/27/2017 (15 days from the date the Motion was filed) you or your attorney must do all of the following:

    (a) file an answer explaining your position at

      U.S. Bankruptcy Clerk
      U.S. Bankruptcy Court
      The Madison Building
      400 Washington Street, Suite 300
      Reading, PA 19601

  2. If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

      Keri P. Ebeck
      Weltman, Weinberg & Reis Co., L.P.A.
      436 7th Avenue
      Suite 2500
      Pittsburgh, PA 15219
      (412) 388-7102

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3. A hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling, on 03/02/2017, at 09:30 am, U.S. Bankruptcy Court, The Madison Building, 400 Washington Street, Suite #301, Courtroom #1 (MAD), Reading, PA, 19601. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material, factual issues in the manner directed by Fed R. Bankr. P.9014(d).

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.
.

Date: 02/09/2017                                        /s/ Keri P. Ebeck
                                                            Keri P. Ebeck
                                                            436 7th Avenue
                                                            Suite 2500
                                                            Pittsburgh, PA 15219
                                                           (412) 388-7102
                                                           Attorney for Movant