21339376_MTN_MFR Draft

10/27/00

**WWR# 21339376**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Susan Muso<br>　　　　　　　　Debtor | Case No. 16-13290-ref<br>Chapter 13 |
| Citizens Bank, N.A.<br>　　　　　　　　Movant | **Hearing Date:** 03/02/2017<br>**Hearing Time:** 09:30 am |

<u>REQUEST FOR ADMISSIONS</u>

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1.  The Respondent/Debtor, Susan Muso, has failed to make the post-petition payments that were due to Movant on the date listed below and in the amounts listed below:

    (a)   One (1) monthly post-petition payment of $479.42, due on 08/31/2016.

    (b)   One (1) monthly post-petition payment of $479.42, due on 09/30/2016.

    (c)   One (1) monthly post-petition payment of $479.42, due on 10/31/2016.

    (d)   One (1) monthly post-petition payment of $479.42, due on 11/30/2016.

    (e)   One (1) monthly post-petition payment of $479.42, due on 12/31/2016.

    (f)   One (1) monthly post-petition payment of $479.42, due on 01/31/2017.

　　　　　　　　Respectfully Submitted

　　　　　　　　WELTMAN, WEINBERG & REIS CO., L.P.A.

　　　　　　　　<u>/s/ Keri P. Ebeck</u>
　　　　　　　　KERI P. EBECK, ESQUIRE
　　　　　　　　436 7th Avenue, Suite 2500
　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　(412) 388-7102
　　　　　　　　Attorney for Movant