21339376_MTN_MFR Draft

10/27/00

**WWR# 21339376**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Susan Muso<br>　　　　　　　Debtor<br><br>Citizens Bank, N.A.<br>　　　　　　　Movant | Case No. 16-13290-ref<br>Chapter 13<br><br>**Hearing Date:** 03/02/2017<br>**Hearing Time:** 09:30 am |

### REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to F.R.C.P. 34, Movant hereby requests that the Debtor produce for inspection by the undersigned attorney for the Movant the following:

1. If you deny any or all of the subsections under Movant's Request for admission No. 1:

    (a) Canceled check, receipt, proof of money order, or other documentation evidencing that the post-petition payment due on 08/31/2016, was tendered to Movant.
    (b) Canceled check, receipt, proof of money order, or other documentation evidencing that the post-petition payment due on 09/30/2016, was tendered to Movant.
    (c) Canceled check, receipt, proof of money order, or other documentation evidencing that the post-petition payment due on 10/31/2016, was tendered to Movant.
    (d) Canceled check, receipt, proof of money order, or other documentation evidencing that the post-petition payment due on 11/30/2016, was tendered to Movant.
    (e) Canceled check, receipt, proof of money order, or other documentation evidencing that the post-petition payment due on 02/31/2016, was tendered to Movant.
    (f) Canceled check, receipt, proof of money order, or other documentation evidencing that the post-petition payment due on 01/31/2017, was tendered to Movant.

2. Copies of any and all documents, federal and state court opinions (whether published or unpublished), federal guidelines or other applicable statutory or common law bases upon which you rely in denying Plaintiff's Request for Admission Number 1.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　WELTMAN, WEINBERG & REIS CO., L.P.A.

　　　　　　　　　　　　　　　　　/s/ Keri P. Ebeck
　　　　　　　　　　　　　　　　　KERI P. EBECK, ESQUIRE
　　　　　　　　　　　　　　　　　436 7th Avenue, Suite 2500
　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　(412) 388-7102
　　　　　　　　　　　　　　　　　Attorney for Movant