**WWR# 21339376**

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Susan Muso<br>      Debtor<br><br>Citizens Bank, N.A.<br>      Movant | Case No. 16-13290-ref<br>Chapter 13<br>Related to Document Number 25<br>**Hearing Date:** 03/02/2017<br>**Hearing Time:** 09:30 am |

## CERTIFICATION OF NO RESPONSE

TO THE CLERK OF BANKRUPTCY COURT:

  The undersigned certifies that no response to the motion of Movant, Citizens Bank, N.A. for Relief from the Automatic Stay is of record. Kindly submit the Order as attached hereto as Exhibit "A" to the Court for the entry of a Default Judgment for want of an answer.

                /s/ Keri P. Ebeck
                Keri P. Ebeck
                436 7th Avenue
                Suite 2500
                Pittsburgh, PA 15219
                (412) 388-7102
                Attorney for Movant

**WWR# 21339376**

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Susan Muso<br>               Debtor<br><br>Citizens Bank, N.A.<br>               Movant | Case No. 16-13290-ref<br>Chapter 13<br>Related to Document Number 25<br>**Hearing Date:** 03/02/2017<br>**Hearing Time:** 09:30 am |

## CERTIFICATE OF SERVICE

I, Keri P. Ebeck Esquire, attorney for Movant, do hereby certify that true and correct copies of the Certification of No Response have been served on the 28th day of February, 2017 by first class mail, postage prepaid from Pittsburgh, Pennsylvania, upon those listed below:

Office of the U.S. Trustee, 833 Chestnut St., Suite 500, Philadelphia, PA 19107

Susan Muso, 40 Bushkill Court, Reading, PA 19606

Joseph L Quinn, 152 E High Street, Suite 100, Pottstown, PA 19464

(Served by Electronic Notification)

Frederick L. Reigle, 2901 St. Lawrence Ave., P.O. Box 4010, Reading, PA 19606

                                     WELTMAN, WEINBERG & REIS CO., L.P.A.

                                       BY: /s/ Keri P. Ebeck
                                               Keri P. Ebeck
                                               436 7th Avenue
                                               Suite 2500
                                               Pittsburgh, PA 15219
                                               (412) 388-7102
                                               Attorney for Movant