WWR# 21339376

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER NO. 13 |
| SUSAN MUSO | ) | |
| | ) | BANKRUPTCY NO. 16-13290-ref |
| Debtor | ) | |
| | ) | Nature of Proceeding |
| CITIZENS BANK, N.A. | ) | Motion for Relief from Automatic Stay |
| Movant | ) | |
| | ) | Related to Document #  25 |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY

CHECK ONE:

☒    The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

Dated  03/02/2017                                    /s/ Keri P. Ebeck
                                                      Keri P. Ebeck
                                                      Weltman, Weinberg & Reis Co. L.P.A.
                                                      436 Seventh Avenue
                                                      Suite 2500
                                                      Pittsburgh, PA 15219
                                                      Attorney for Movant

Filename:          21339376_BKMS_Praecipe to WD MFR Draft
Directory:         S:\Shared-Users\JBluemle\1. DOCUMENT PENDING
Template:

                   C:\Users\jbluemle.WWR.052\AppData\Local\Microsoft\
   Windows\Temporary Internet Files\Content.MSO\767ECE00.dotm
Title:             WWR#
Subject:
Author:            WWR
Keywords:
Comments:
Creation Date:     3/2/2017 7:35:00 AM
Change Number:   2
Last Saved On:     3/2/2017 7:35:00 AM
Last Saved By:     Bluemle, James
Total Editing Time:     5 Minutes
Last Printed On:   3/2/2017 7:41:00 AM
As of Last Complete Printing
    Number of Pages:      1
    Number of Words:     195 (approx.)
    Number of Characters:      1,116 (approx.)