United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-13290-elf
Susan Muso                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore          Page 1 of 2          Date Rcvd: Jul 16, 2019
                              Form ID: 138NEW          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.
```
db              +Susan Muso,    40 Bushkill Court,    Reading, PA 19606-9498
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13723903        +Acs/loan Sci,    501 Bleecker St,    Utica, NY 13501-2401
13723905        +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13723906        +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
13723907        +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
13780816        +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
13806425        +JPMorgan Chase Bank, N.A.,     Chase Records Center,    Attn: Correspondence Mail,
                  Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13759605       #+Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13723912        +Mark Muso,    40 Bushkill Court,    Reading, PA 19606-9498
13723913        +Mulligan Funeral Home,    331 Cleveland Ave,    Harrison, NJ 07029-1342
13723914        +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2019 03:22:52
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2019 03:23:14      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13723904         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2019 03:20:01
                  Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
13730867         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2019 03:21:03
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13723909        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2019 03:22:42      Comenitycapital/boscov,
                  Po Box 182120,    Columbus, OH 43218-2120
13739509         E-mail/Text: mrdiscen@discover.com Jul 17 2019 03:22:35      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13723910        +E-mail/Text: mrdiscen@discover.com Jul 17 2019 03:22:35      Discover Fin Svcs Llc,
                  Po Box 15316,    Wilmington, DE 19850-5316
13723911        +E-mail/Text: cio.bncmail@irs.gov Jul 17 2019 03:22:38      Internal Revenue Service,
                  600 Arch Street, RM 5200,    Philadelphia, PA 19106-1611
13806681         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 03:42:21
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13803627         E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2019 03:22:47
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA  98083-0788
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13723908*       +Citizens Bank,   1 Citizens Drive,    Riverside, RI 02915-3000
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: JEGilmore            Page 2 of 2                    Date Rcvd: Jul 16, 2019
                              Form ID: 138NEW            Total Noticed: 26
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2019 at the address(es) listed below:

```
          JOSEPH L QUINN    on behalf of Debtor Susan  Muso CourtNotices@rqplaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          NATHALIE  PAUL    on behalf of Creditor    Citizens Bank, N.A. npaul@weltman.com,
           PitEcf@weltman.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Susan Muso
        Debtor(s)

Bankruptcy No: 16–13290–elf
Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        400 Washington Street
        Suite 300
        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 7/16/19

39 – 38
Form 138_new